**BLACKFEET HOUSING,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2012–5141.

United States Court of Appeals,
Federal Circuit.

July 15, 2013.

Terryl T. Matt, Matt Law Offices, PLLC, of Cut Bank, Montana, argued for plaintiff-appellant.

Peter Krzywicki, Attorney, Appellate Section, Environment & Natural Resources Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief was Ignacia S. Moreno, Assistant Attorney General. Of counsel was Kenneth Dean Rooney, Attorney.

LOURIE, SCHALL, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.